AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shubb, William B. | U. S. District Court | 04/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

501 I Street

Sacramento, CA 95814

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of California, Davis, School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Regents of the University of California | $668.10 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK ACCOUNTS | | | | | | | | | |
| 2.  Bank America (Checking) | A | Interest | K | T | | | | | |
| 3.  Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4.  1st Community Credit Union | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6.  ANNUITIES | | | | | | | | | |
| 7.  American Skandia | | None | M | T | | | | | |
| 8.  Venture Annuity | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10.  LIMITED PARTNERSHIPS | | | | | | | | | |
| 11.  Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 12. | | | | | | | | | |
| 13.  RAYMOND JAMES IRA | | | | | | | | | |
| 14.  RJ Bank Dep. | A | Dividend | J | T | | | | | |
| 15.  Oppenheimer Senior Fltg Rate Fund | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17.  RAYMOND JAMES ACCOUNT #1▮▮ - ▮▮ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle Tax Free Money Fund | A | Dividend | K | T | | | | | |
| 19. WF Advantage Strategic Muni Bond Fund | A | Dividend | J | T | | | | | |
| 20. Franklin CA High Yield Muni | C | Dividend | L | T | | | | | |
| 21. Columbia CA Tax Exempt, fmrly Seligman CA Hi Yld Muni | C | Dividend | L | T | | | | | |
| 22. Invesco Van Kampen Interm Muni Fund | B | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 25. Eagle Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 26. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 27. Franklin Income Fund | C | Dividend | L | T | | | | | |
| 28. Franklin Strategic Income Fund | C | Dividend | L | T | | | | | |
| 29. Highland Capital Floating Rate | A | Dividend | | | Sold | 12/16/11 | K | | |
| 30. Oppenheimer Senior Fltg Rate | D | Dividend | M | T | Buy (add'l) | 12/16/11 | K | | |
| 31. Invesco Van Kampen Equity Income Fund | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. WF ADVISORS-IRA (B), fmrly WACHOVIA IRA | | | | | | | | | |
| 34. Equally Weighted S&P Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New Perspective Fund | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. WF ADVISORS ▮▮ fmrly WACHOVIA ▮▮ | | | | | | | | | |
| 38. Bank sweep acct. | A | Dividend | K | T | | | | | |
| 39. Boeing | A | Dividend | K | T | | | | | |
| 40. Chevron | A | Dividend | K | T | | | | | |
| 41. Coca Cola | A | Dividend | K | T | | | | | |
| 42. General Electric | A | Dividend | K | T | | | | | |
| 43. Intel | A | Dividend | K | T | | | | | |
| 44. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 45. Investment Company of America | A | Dividend | K | T | | | | | |
| 46. New Perspective Fund | A | Dividend | K | T | | | | | |
| 47. | | | | | | | | | |
| 48. IRA - ▮ | | | | | | | | | |
| 49. Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 50. Diversified Dividend Fund, fmrly Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 51. Apache Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sempra Energy | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 55. Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 56. Franklin Income Fund | D | Dividend | L | T | | | | | |
| 57. Equally Weighted S&P 500 | B | Dividend | L | T | | | | | |
| 58. Diversified Dividend Fund, fmrly Dividend Growth Fund | B | Dividend | L | T | | | | | |
| 59. JPM International Value Fund | A | Dividend | J | T | | | | | |
| 60. Abbott Labs | A | Dividend | K | T | Buy (add'l) | 01/27/11 | J | | |
| 61. A T & T | B | Dividend | K | T | | | | | |
| 62. Boeing | A | Dividend | K | T | | | | | |
| 63. Bristol Meyers | A | Dividend | K | T | | | | | |
| 64. Catepillar | B | Dividend | L | T | | | | | |
| 65. Chevron | B | Dividend | L | T | | | | | |
| 66. Cisco | A | Dividend | J | T | | | | | |
| 67. Coca Cola | B | Dividend | K | T | | | | | |
| 68. Comcast | A | Dividend | | | Sold | 1/27/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Conoco | B | Dividend | K | T | | | | | |
| 70. Dow Chemical | A | Dividend | K | T | Buy | 12/30/11 | K | | |
| 71. Du Pont | A | Dividend | | | Sold | 12/30/11 | K | D | |
| 72. General Electric | A | Dividend | K | T | | | | | |
| 73. Hewlett Packard | A | Dividend | J | T | Buy<br>(add'l) | 5/3/11 | J | | |
| 74. Intel | B | Dividend | K | T | | | | | |
| 75. IBM | B | Dividend | L | T | | | | | |
| 76. Johnson & Johnson | B | Dividend | L | T | Buy<br>(add'l) | 1/27/11 | J | | |
| 77. Microsoft | A | Dividend | K | T | | | | | |
| 78. Proctor & Gamble | A | Dividend | J | T | Buy<br>(add'l) | 5/3/11 | J | | |
| 79. Sempra Energy | A | Dividend | K | T | | | | | |
| 80. Target | A | Dividend | J | T | | | | | |
| 81. Walt Disney | A | Dividend | K | T | | | | | |
| 82. Yum Brands | A | Dividend | J | T | | | | | |
| 83. Zimmer Holdings | A | Dividend | | | Sold | 1/27/11 | J | B | |
| 84. Aegon 6.375% Pfd 6/15/15 | A | Dividend | K | T | Buy | 5/9/11 | K | | |
| 85. Commonwealth 7.23% Pfd 5/15/16 | C | Dividend | K | T | Buy | 11/7/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CORTS - BMY Squibb 8-1-97 (KNR) | B | Dividend | K | T | | | | | |
| 87. Delphi Finc'l 7.376% Pfd 5/1/67 | A | Dividend | J | T | | | | | |
| 88. GE Capital Sr. Notes 2/18/33 (GED) | B | Dividend | K | T | | | | | |
| 89. GE Capital PINES 6/28/32 (GEA) | C | Dividend | K | T | | | | | |
| 90. GECC 6.1% PINES 11/15/32 (GEC) | B | Dividend | K | T | | | | | |
| 91. Mississipi Pwr 5.625% Pfd 4/15/67 | A | Dividend | J | T | | | | | |
| 92. Morgan Stanley 6.45% Pfd 4/15/67 (MSK) | B | Dividend | K | T | | | | | |
| 93. SATURNS GE 6% Pfd 3/15/32 (DKC) | A | Dividend | | | Sold | 4/26/11 | K | A | |
| 94. Wachovia 6.375% Pfd 6/1/67 | B | Dividend | | | Sold | 11/7/11 | K | B | |
| 95. Wells Fargo Capital 6.25% 6/15/67 (FWF) | B | Dividend | | | Sold | 11/7/11 | K | B | |
| 96. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 14 2010 Report "Government Strips" deleted due to value less than $1,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B. | 04/18/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. Shubb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544